**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 428 MAL 2014
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
DENNIS FREDERICK MADDREY, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.